**Brett Klein**

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Sent: | Wednesday, July 20, 2016 12:16 PM |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 1:16-cv-00369-ENV-SMG Gondola v. City of New York et al Order on Motion for Pre Motion Conference |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/20/2016 at 12:15 PM EDT and filed on 7/20/2016
**Case Name:**      Gondola v. City of New York et al
**Case Number:**    1:16-cv-00369-ENV-SMG
**Filer:**
**Document Number:** No document attached

Docket Text:
ORDER denying [10] Motion for Pre Motion Conference. The [10] request for a premotion conference for a motion to dismiss the [1] Complaint is denied without prejudice in light of the filing of [14] Amended Complaint. If defendants wish to renew the motion, they are to do so by 7/27/2016 and plaintiff may respond by 8/3/2016. Ordered by Judge Eric N. Vitaliano on 7/20/2016. (Rice, Liane)

**1:16-cv-00369-ENV-SMG Notice has been electronically mailed to:**

Brett H. Klein      bklein@kleincivilrights.com

Elissa Paulette Fudim      efudim@law.nyc.gov, ecf@law.nyc.gov

**1:16-cv-00369-ENV-SMG Notice will not be electronically mailed to:**