UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN BLEIWAS,

                             Plaintiff,

       -against-

THE CITY OF NEW YORK, *et al.*,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/2/2022

**SCHEDULING ORDER**

15-cv-10046 (ER)

RAMOS, D.J.:

       On November 22, 2021, Bleiwas' application to adjourn the January 6, 2022 trial date was granted and trial was rescheduled for June 21, 2022.

       Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.  The Court accordingly requested a jury trial for that date and the Clerk's Office has now notified the Court that this case has been placed on the jury trial list for June 21, 2022.  The case must be trial-ready for that date.  The case is third on the list for jury trials for that day.  This means that the case will not proceed on June 21, 2022, if either of the other trials scheduled for that date go forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter.  As soon as the Court confirms that the matter will proceed on June 21, 2022, it will inform the parties.

       Accordingly, the following Pretrial Briefing Schedule is hereby adopted:

1.     Motions *in limine* are due **May 23, 2022** and oppositions thereto by **June 6, 2022.**

2.     Proposed jury instructions, *voir dire* questions, and verdict sheets are due **May 23, 2021** and objections thereto by **June 6, 2022.**

3. The Final Pretrial Conference shall be held on **June 16, 2022 at 2:00 PM.**

It is SO ORDERED.

Dated: March 22, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.