UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARTIN BLEIWAS,                                                    **PLAINTIFF'S**
                        Plaintiff,                 **TRIAL EXHIBITS**

       -against-                                                  15 CV 10046 (ER)

CITY OF NEW YORK, and LEON LIAN, Individually, et al.,

                        Defendants.
------------------------------------------------------------------------X

      In accordance with Your Honor's Individual Practices § 3(B)(i), Plaintiff's Trial Exhibits are listed below and filed herewith:

| Desig. | Description of Exhibit |
|---|---|
| 1 | Criminal Court File (DEF-000006-DEF-000012) |
| 2 | District Attorney's File (DEF-000019-DEF-000048) |
| 3 | Photograph of Relinquishment Receipts (P000199) |
| 4 | Lian Investigative File (DEF-000049-DEF-000200, DEF-000980-DEF001123)[1] |
| 5 | Endorsed Letter (DEF-000804-DEF-000827) |
| 6 | X9360 Database Entry (DEF-000681) |
| 7 | Database Entries for Confiscated Radios (DEF-001124-DEF-001349 ) |
| 8 | Search Warrant Photograph (DEF-000683) |
| 9 | Search Warrant Photograph (DEF-000686) |
| 10 | Search Warrant Photograph (DEF-000783) |
| 11 | Search Warrant Photograph (DEF-000796) |
| 12 | Search Warrant Photograph (DEF-000797) |
| 13 | Search Warrant Photograph (DEF-000798) |
| 14 | Search Warrant Photograph (DEF-000799) |
| 15 | Search Warrant Photograph (DEF-000800) |
| 16 | Search Warrant Photograph (DEF-000801) |

---

[1] Exhibit 4 is filed in five parts due to the size of the PDF.

| 17 | Search Warrant Photograph (DEF-000802) |
|----|----------------------------------------|
| 18 | Search Warrant Photograph (DEF-000803) |
| 19 | New York County Criminal Court Transcript dated June 1, 2015 |
| 20 | New York County Criminal Court Transcript dated June 24, 2015 |
| 21 | New York County Criminal Court Transcript dated September 9, 2015 |
| 22 | Receipt for Legal Services Warren M. Silverman (P000131) |
| 23 | Notification of Suspension of Security License, Dated April 10, 2015 (P000160-P000161) |
| 24 | Letter from Bleiwas to Officer Simcox, Dated April 28, 2015 (P000145-P000146) |
| 25 | Letter from Bleiwas to Officer Simcox, Dated September 16, 2015 (P000143) |
| 26 | Letter from NYPD Deputy Inspector Michael T. Endall, Dated January 11, 2016 (P000163) |
| 27 | Letter from Bleiwas to Cyrus R. Vance, Dated September 9, 2015 (P000144) |
| 28 | Letter from District Attorney's Office for New York County to Bleiwas, Dated September 9, 2015 (P000147) |
| 29 | District Attorney's Release and Property Voucher, Dated July 15, 2015 (P000164-P000166) |
| 30 | District Attorney's Releases and Property Vouchers, Dated September 29, 202015 (P000168-P000196) |
| 31 | Receipt of Return of Property, Dated October 2, 2015 (P000167) |
| 32 | Nassau County Victims Report (P000148) |
| 33 | Medical Records from Dr. Edward Kleiner, DO (P000006-P000062) |

Dated: New York, New York
        December 23, 2022

                                           BRETT H. KLEIN, ESQ., PLLC
                                           Attorneys for the Plaintiff
                                           305 Broadway, Suite 600
                                           New York, New York 10007
                                           (212) 335-0132

By: _____
      BRETT H. KLEIN
      LISSA GREEN-STARK

cc:    Caroline McGuire, Esq.