# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARTIN BLEIWAS,

                Plaintiff,

-against-

CITY OF NEW YORK, and LEON LIAN,
Individually, et al.,

                Defendants.

-----------------------------------------------------------X

**JUDGMENT**

15 **CIVIL** 10046 (ER)

        It is hereby **ORDERED, ADJUDGED, AND DECREED:** That after a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

DATED:  New York, New York
              February 15, 2023

                                                    **RUBY J. KRAJICK**

So Ordered:                                                  **Clerk of Court**

                                                   **BY:**  *K. Mango*

Edgaro Ramos, U.S.D.J.                                **Deputy Clerk**